JUDGE ROBERT S. LASNIK

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>          v.<br><br>ALI REZA GOLPAYEGANI,<br><br>                     Defendant. | NO. CR15-00201RSL<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DATES |

THE COURT has considered the unopposed motion of the defense for a continuance of the trial and the pretrial motions dates.  The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial.

THE COURT further finds that the period of time from the current trial date of August 31, 2015, until the new trial date of October 26, 2015, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

//
//
//
//

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL AND
PRETRIAL MOTIONS  DATES - 1
(*Ali Reza Golpayegani;*CR15-00201RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

IT IS THEREFORE ORDERED that the trial date in this matter is continued to October 26, 2015, and that pretrial motions shall be filed no later than September 14, 2015.

DONE this 11th day of August, 2015.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by,

s/ *Paula Semmes Deutsch*
Assistant Federal Public Defender
Attorney for Ali Reza Golpayegani

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DATES - 2
(*Ali Reza Golpayegani;*CR15-00201RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**