JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALI REZA GOLPAYEGANI,<br><br>    Defendant. | NO. CR15-00201RSL<br><br>ORDER GRANTING SECOND UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DATES |

THE COURT has considered the second unopposed motion of the defense for a continuance of the trial and the pretrial motions dates.  The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial.

THE COURT further finds that the period of time from the current trial date of October 26, 2015, until the new trial date of January 11, 2016, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

IT IS THEREFORE ORDERED that the trial date in this matter is continued to January 11, 2016, and that pretrial motions shall be filed no later than November 30, 2015.

DONE this 17th day of September, 2015.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING SECOND UNOPPOSED
MOTION TO CONTINUE TRIAL AND
PRETRIAL MOTIONS  DATES - 1
(*Ali Reza Golpayegani;*CR15-00201RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

Presented by,

s/ *Paula Semmes Deutsch*
Assistant Federal Public Defender
Attorney for Ali Reza Golpayegani

ORDER GRANTING SECOND UNOPPOSED
MOTION TO CONTINUE TRIAL AND
PRETRIAL MOTIONS  DATES - 2
(*Ali Reza Golpayegani;*CR15-00201RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**